IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MICHAEL D. CORN
Inmate #947796,
    Plaintiff,

vs.                              Case No. 3:10cv341/MCR/MD

WALTER A. McNEIL, Secretary of the
Florida Department of Corrections, et al.,
    Defendants.
                                       /

## O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on September 20, 2010, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.    This cause is TRANSFERRED to the United States District Court for the Northern District of Florida, Tallahassee Division, and the clerk is directed to close this file.

DONE AND ORDERED this 21st day of October, 2010.

                                            *s/ M. Casey Rodgers*
                                          M. CASEY RODGERS
                                          UNITED STATES DISTRICT JUDGE